**00–1655.  Lownsbury v. VanBuren.**
Summit App. No. 19365.
    MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**00–1694.  Green v. Toledo Hosp.**
Lucas App. No. L–97–1457. Discretionary appeal allowed and cause consolidated with 00–1625, *Green v. Toledo Hosp.*, Lucas App. No. L–97–1457.
    F.E. SWEENEY and COOK, JJ., dissent.
    RESNICK, J., not participating.

**00–1757.  State v. Murrell.**
Hamilton App. No. C–000103.
    DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**00–1785.  In re Olah.**
Lorain App. No. 99CA007318. Discretionary appeal allowed and cause consolidated with 00–1968, *In re Olah,* Lorain App. No. 99CA007318.
    F.E. SWEENEY and PFEIFER, JJ., dissent.